F. W. FRISBEE and another *vs.* HORACE POOLE and others.

November 20, 1884.

**Mortgage—Future Advances.**

This action was brought in the district court for Mower county, to have a certain mortgage made to defendants declared satisfied, and discharged of record, and to restrain foreclosure by defendants. The complaint alleged that the mortgage was given as collateral security to certain book-accounts, which had been fully paid. The answer alleged that the mortgage was given to secure an indebtedness existing at its date, amounting to $630; and also to secure such future indebtedness as might be incurred by the mortgagor by the purchase of goods from the defendants; that after the date and delivery of the mortgage, purchases were made by the mortgagor amounting to $986, which sum was secured by the mortgage, and that of these two amounts there was still unpaid the sum of $445.

The action was tried by the court, *Farmer,* J., presiding, who found that the contract referred to in the clause of the mortgage which is quoted in the opinion had been lost, and did not provide for future advances of any character, and that the indebtedness secured by the mortgage was fully paid. Judgment was ordered for plaintiffs, and defendants appeal from an order refusing a new trial.

*Thayer & Hibner* and *H. R. Wells,* for appellants.

*Joseph McKnight,* for respondents.

*By the Court.* The terms of the mortgage are as follows: "This mortgage is given as collateral security to the payment of certain book-accounts, *according to the terms of a certain contract bearing even date herewith,* executed by the parties of the second part." There is nothing on the face of the mortgage itself showing that it was to secure future advances. The court, upon a substantial conflict of evidence on that point, finds as a fact that the contract referred to in the mortgage (which had been lost) did not provide for future advances to the mortgagor. This is conclusive that the mortgage does not se-

cure future advances. It is therefore unnecessary to consider any other questions.

Order affirmed.